IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ALFRED TUCKER,<br><br>   Defendant. | 8:04CR526<br><br>ORDER |

  This matter is before the court on the motion [54] of Jeffrey L. Thomas for leave to withdraw as counsel for the defendant and appointment of substitute counsel.

  **IT IS ORDERED** the Motion to Withdraw as Attorney of Record [54] is granted, and the appearance of Jeffrey L. Thomas is hereby deemed withdrawn.

  **IT IS FURTHER ORDERED** that **Michael J. Lehan** is appointed as attorney of record for the above-named defendant.

  **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Lehan.

  DATED this 7th day of March, 2011.

           BY THE COURT:


           s/ Laurie Smith Camp
           United States District Court Judge